# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PATRICK HORAN,

               Petitioner

        v.

CHAD NEWINGHAM, WALLY
DITTSWORTH, RAYMOND MOORE,
MARY LOU WYANDT, ROBERT
MACKEY, MARY CANINO, AND JOSE
QUINONES,

               Respondents

: No. 875 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.